FILED
May 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002626856

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: | Jay S. Robinson | § | Case Number: | 10-30862-TH-13 |
|---|---|---|---|---|
| | JoAnne K Robinson | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010

PLEASE TAKE NOTICE THAT Onyx Acceptance Corp (Serviced by Capital One Auto Finance) hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i)     all notices given or required to be given in the case; and
(ii)    all pleadings and correspondence served or required to be served in this case,

regarding Onyx Acceptance Corp (Serviced by Capital One Auto Finance) should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn: Onyx Acceptance Corp (Serviced by Capital One Auto Finance) Department
Account: XXXXXXXXXXXX2741
P.O. Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for Onyx Acceptance Corp (Serviced by Capital One Auto Finance)
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 323943

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 13th day of May, 2010.

/s/ S. Blair Korschun
S. Blair Korschun

| Trustee: | Company: | Attorney for Debtor: |
|---|---|---|
| Jan P Johnson | Onyx Acceptance Corp (Serviced by | Douglas B Jacobs |
| Trustee of the U.S. Bankruptcy Court | Capital One Auto Finance) | Attorney At Law |
| 2535 Capital Oaks Drive, Suite 100 | 3905 N. Dallas Parkway | 20 Independence Cir |
| Sacramento, CA 95833 | Plano, TX 75093 | Chico, CA 95973 |

US Trustee:
Antonia G Darling
Trustee of the U.S. Bankruptcy Court
501 "I" Street Suite 7-500
Sacramento, CA 95814