2010-30862
FILED
February 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003231603

2

1  Douglas B. Jacobs 084153
2  JACOBS, ANDERSON, POTTER AND CHAPLIN
   20 Independence Circle
3  Chico, CA 95973
   (530) 342-6144
4  (530) 342-6310 (Fax)

5  Attorney for Debtors

6

7          UNITED STATES BANKRUPTCY COURT
8          EASTERN DISTRICT OF CALIFORNIA

9  In re:                          )  Case No: 10-30862-B-13J
                                   )
10  JAY SCOTT ROBINSON,            )  ORDER CONFIRMING PLAN FILED
                                   )  October 21, 2010
11  JOANNE KAYE ROBINSON,          )
                                   )  DATE: December 07, 2010
12          Debtors.               )  TIME:  9:32 a.m.
                                   )  DEPT:  B
13  _____    )  JUDGE: Holman

14

15      The Chapter 13 Plan filed October 21, 2010, for the above-named Debtors has been

16  transmitted to all Creditors, and it has been determined after notice and opportunity for a

17  hearing that the Debtor's plan satisfies the requirements of 11 USC §1325.

18      Therefore, IT IS ORDERED THAT the plan is confirmed.

19  IT IS FURTHER ORDERED that:

20  1.    The Debtors shall immediately notify, in writing, the Clerk of the United States

21        Bankruptcy Court and the Trustee of any change in the Debtor's address;

22  2.    The Debtors shall immediately notify the Trustee in writing of any termination,

23        reduction of, or any other change in the employment of the Debtor; and

24  3.    The Debtors shall appear in court whenever notified to do so by the court.

25

                        ORDER CONFIRMING PLAN

RECEIVED
January 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003231603

2

IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, $1,500.00 of which was paid prior to the filing of the petition. The balance of $2,000.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

Approved as to form:

Jan P. Johnson
Bankruptcy Trustee

Dated: February 01, 2011

Thomas C. Holman
United States Bankruptcy Judge

ORDER CONFIRMING PLAN –